# UNITED STATES DISTRICT COURT
for the

## Western District of New York

Ass

Keith Bryant
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Asset Protection, Andrew Seiter, Home Depot
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **23-cv-6111 CJS**
(to be filled in by the Clerk's Office)

JURY TRIAL: Yes ☒  No ___

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Keith Bryant
- All other names by which you have been known:
- ID Number: 130 S. Plymouth Ave, Rochester N.Y. 14614
- Current Institution: Monroe County Jail
- Address:

Rochester, N.Y. 14614
City / State / Zip Code

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Home Depot
- Job or Title (if known): Corporation
- Shield Number:
- Employer:
- Address: 2455 Paces Ferry Rd.

Rochester, N.Y. 30339
City / State / Zip Code

☐ Individual capacity   ☒ Official capacity

**Defendant No. 2**
- Name: Andrew J. Seiler
- Job or Title (if known): Asset Protection Specialist
- Shield Number:
- Employer: Home Depo
- Address:

Rochester, N.Y. 14614
City / State / Zip Code

☒ Individual capacity   ☒ Official capacity

Defendant No. 3
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

_____ _____ _____
City                      State                     Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

_____ _____ _____
City                      State                     Zip Code

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due Process, 14 Amendment, Cruel Unusual Punishment / 8th Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

May 14, 2022, Home Depot Irondiquoit N.Y. Roch.
Sept. 16 2022 Home Depot Gates Chili, N.Y. Roch

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

(1)

Defendant Home Depot Company, was at all times relevant, did hire Employee Andrew Seiler, and on the day of Sept. 16 and May 14th, failed to train defendant Andrew Seiler who deliberately and intentionally provide unproper service of a trespass Notice upon plaintiff on the dates of May 14, 2022 and Sept. 16. 2023; Defendant Never provided a copy of trespass notice for Plaintiff, on both occasion, enabling Plaintiff to view, the Trespass Notice. Defendant Home Depot, deliberatly and Intentionaly failed to train its employees on providing proper service of Trespass Notice against plaintiff.

(1)

Defendand Home Depot, did vidate Plaintiff State and federal constitutional rights, 14th amendment Due Process and Plaintiffs 8th Amendment Rights of cruel and unusual punishment, by committing the Act of failing to train Defendant Andrew J. Seiler properly providing proper service of a trespass Notice upon Plaintiff on the dates of September 21, 2021 and May 14, 2022 and having Plaintiff lockup and placed in jail.

(21)

Futhermore, Defendant Seiler, was and is at all times relevant on the date of May 14, 2022 and September 16, 2022 when he deliberally alter trsspass contract, by replacing Plaintiff signature with the term (HandCuff), he then deliberally and intentional refused to allow Plaintiff to view the terms of Tresspass Notice Contract, which is a clear breach of that Contract under GBLS 349, of New York State Law, which was clear infringed ment on Plaintiff Constitutional right under the 14th amendmant of Due Process rights.

(3)

Futhermore, J. Seiler is employed by HomeDepot as Asset Protections Officer to inform all and anyone of disbarment from any and all HomeDepot properties by way of trespass notice, a contract contracted by Corprate legal minds for Home Depot, under New York law a Law that requires a signed writing for certain type of agreements, describing the subject matter stating the essential terms and signed by the party to be charged. Under Article 2 of the New York UCC.

(8)

Plaintiff further contends that Andrew J. Seiler was at all times relevant when he deliberately and intentionally on the date September 16, 2023, called gate police to arrest Plaintiff after leaving cashier with 20 box of flooring Were Plaintiff was placed in County Jail on charges of Burglary 3rd for a total of 5 months, until receiving a not guilty verdict by bench trial in-front of the Honorable Judge Morrison, on the date Febuary 7, 2023.

(5)

C. What date and approximate time did the events giving rise to your claim(s) occur?

May 14 at 6:50 pm, Sept. 16,

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

(See Attached)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

False imprisonment
Slander, defamation of Character

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensatory damages — $ 50,000.00
Punitive Damages — $ 50,000.00
Emotional distress — $ 50,000.00

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____

2. What did you claim in your grievance?

   _____

3. What was the result, if any?

   _____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   _____

F.   If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   _____

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*
     _____

  3. Docket or index number
     _____

  4. Name of Judge assigned to your case
     _____

  5. Approximate date of filing lawsuit
     _____

  6. Is the case still pending?

     ☐ Yes

     ☒ No

     If no, give the approximate date of disposition. _____

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

# AUTHORIZATION

## PRISONER'S CIVIL ACTION FILING FEE
## WESTERN DISTRICT OF NEW YORK

I, (print name) _Keith Bryant_, request and authorize the agency holding me in custody, to send to the Clerk of the United States District Court, Western District of New York, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915 (b), to deduct those amounts from my prison trust account (or institutional equivalent), and to disburse those amounts from my account to the United States District Court for the Western District of New York.

*This Authorization shall apply to any other agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my poor person application may be decided.*

This Authorization is furnished in connection with the commencement of a federal court civil action, and I understand that I must pay the total amount of the filing fee, which is $350.00.

**I understand that by signing this authorization, the entire filing fee of $350.00 will be paid to the court in installments by automatic deductions from my prison trust fund account <u>even if my case is dismissed before the entire amount of the fee has been deducted from my account</u>.**

Dated: _January 30_, 20_23_

_Keith Bryant_
Signature of prisoner

_Keith Bryant_
Printed name of prisoner

_25769O1_
Inmate number of prisoner

IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *Keith Bryant* (signature)
Printed Name of Plaintiff: Keith Bryant
Prison Identification #: 25101
Prison Address: 30 South Plymouth Ave
Rochester, NY 14614

B.   **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

Telephone Number: _____
E-mail Address: _____

Page 10 of 11

[Print]   [Save As...]   [Add Attachment]   [Reset]

**PLAINTIFFS**
Keith Bryant

(b) County of Residence of First Listed Plaintiff: Monroe
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Pro-Se
120 Joseph Plymouth Ave
Rochester N.Y. 14614

**DEFENDANTS**
Asset Protection Home Depot Andrew Seiler

County of Residence of First Listed Defendant: Monroe
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Corporate address
2455 Paces Ferry Rd.
Atlanta GA 30339

## I. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## V. NATURE OF SUIT
[X] 190 Other Contract
[X] 360 Other Personal Injury
[X] 550 Civil Rights

## ORIGIN
[X] 1 Original Proceeding

## CAUSE OF ACTION
42 U.S.C. 1983 Civil Rights

## REQUESTED IN COMPLAINT:
DEMAND $ 150,000.00
JURY DEMAND: [X] Yes  [ ] No